**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR EGS FINANCIAL CARE, INC.**

**Designated Attorney for Personal Service**
Alexander P. Williams, Esq.
Nevada Bar No.: 14644
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Diane St. Clair,<br><br>                     Plaintiff,<br><br>v.<br><br>iEnergizer, Inc; GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc.; and DOES 1-5,<br><br>                     Defendants. | Case No. 2:20-cv-1880-GMN-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT EGS FINANCIAL CARE INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Diane St. Clair ("Plaintiff") and EGS Financial Care, Inc. ("EGS") incorrectly named as Alorica, Inc., by and through their respective counsel, file this Joint Motion Extending Defendant EGS's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 8, 2020, Plaintiff filed her Complaint.  The current deadline for EGS to answer or otherwise respond to Plaintiff's Complaint is October 30, 2020.  EGS's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.  This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which EGS has to answer or otherwise respond to Plaintiff's Complaint up to and including November 13, 2020. This is the first motion for extension of time for EGS to respond to Plaintiff's Complaint.

Dated this 26th day of October 2020.

          **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

          */s/ Jennifer Bergh*
          **JENNIFER BERGH**
          Nevada Bar No. 14480
          2001 Bryan Street, Suite 1800
          Dallas, TX 75201
          (214) 871-2100
          (214) 871-2111 Fax
          jbergh@qslwm.com
          ***Counsel for EGS Financial Care, Inc.***

          **PRICE LAW GROUP, APC**

          */s/ Steven A. Alpert*
          **STEVEN A. ALPERT**
          Nevada Bar No. 8353
          5940 S. Rainbow Blvd.
          Las Vegas, NV 89118
          (702) 794-2008
          (866) 401-1457 Fax
          alpert@pricelawgroup.com
          ***Counsel for Plaintiff***

## **ORDER**

The Joint Motion for Extension of Time for EGS Financial Care, Inc. to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 27th day of October, 2020.

          **UNITED STATES MAGISTRATE JUDGE**

4662568.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October 2020, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT EGS FINANCIAL CARE, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

**STEVEN A. ALPERT**
**PRICE LAW GROUP, APC**
Nevada Bar No. 8353
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
(702) 794-2008
(866) 401-1457
alpert@pricelawgroup.com
*Counsel for Plaintiff*


               /s/ Jennifer Bergh
               **JENNIFER BERGH**

3

4662568.1