GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
gschnitzer@ksjattorneys.com
Attorneys for Defendant iEnergizer, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Diane St. Clair, | Case No. 2:20-cv-1880 -GMN-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| iEnergizer, Inc.; GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc.; and DOES 1-5 | |
| Defendants. | **[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant iEnergizer, Inc., ("Defendant"), and Plaintiff, Diane St. Clair ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to November 17, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is the Defendant's first request for an extension, which is requested from Plaintiff in order to allow Defendant time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to Defendant's request for an extension.

///
///
///
///

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 2nd day of November, 2020.

| PRICE LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
|---|---|
| /s/ Steven Alpert | /s/ Gina M. Mushmeche |
| Steven Alpert, Esq. | Gina M. Mushmeche, Esq. |
| Nevada Bar No. 8353 | Nevada Bar No. 11611 |
| 5940 S. Rainbow Blvd., Suite 3014 | 8985 S. Eastern Avenue, Suite 200 |
| Las Vegas, NV 89118 | Las Vegas, Nevada 89123 |
| Telephone: 702-794-2008 | Tel: 702-362-6666 |
| alpert@pricelawgroup.com | gmushmeche@ksjattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant iEnergizer, Inc.* |

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

/s/ Jennifer Bergh

Jennifer R. Bergh

Nevada Bar No.

2001 Bryan Street, Suite 1800

Dallas, TX 75201

Jberg@qslwm.com

*Attorney for Defendant Alorica, Inc.*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11-3-2020