LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*GC Services, Limited Partnership*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Diane St. Clair, | Case No.: 2:20-cv-1880-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT GC SERVICES, LIMITED, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]** |
| iEnergizer, Inc.; GC Services Limited Partnership; Teleperformace Business Services US, LLC; Alorica, Inc.; and DOES 1-5 | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Diane St. Clair and Defendant GC Services Limited, Inc., through their respective counsel of record, that the time for GC Services Limited, Inc., to file and serve a responsive pleading to Plaintiff's Complaint [ECF No. 1] should be extended from November 5, 2020, to November 19, 2020.

This is the first request for extension from the original due date.

///

///

///

///

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel for GC Services Limited, Inc., requires additional time to evaluate and to respond to Plaintiff's Complaint. The parties have entered into this stipulation in good faith and not for the purpose of delay.

DATED this 3rd day of November, 2020.

PRICE LAW GROUP, APC

By: */s/ Steven Alpert*
STEVEN ALPERT, ESQ.
Nevada Bar No. 8353
5940 S. Rainbow Blvd.
Suite 3014
Las Vegas, NV 89118

*Attorneys for Plaintiff
Diane St. Clair*

DATED this 3rd day of November, 2020.

LIPSON NEILSON P.C.

By: */s/ Jessica A. Green*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive
Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant
GC Services Limited, Inc.,*

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

*Case No.: 2:20-cv-00015-KJD-BNW*
*Christensen v. Alorica, et al*

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the time for GC Services Limited, Inc. to file and serve a response to Plaintiff's Complaint [ECF No. 1] shall be, and the same is hereby, extended from November 5, 2020, to November 19, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-3-2020

- 3 -