GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
gschnitzer@ksjattorneys.com
Attorneys for Defendant iEnergizer, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Diane St. Clair, | ) Case No. 2:20-cv-1880 -GMN-VCF |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER EXTENDING DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| iEnergizer, Inc.; GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc.; and DOES 1-5 | ) |
| Defendants. | ) [**SECOND REQUEST FOR EXTENSION**] |

COMES NOW, Defendant iEnergizer, Inc., ("Defendant"), and Plaintiff, Diane St. Clair ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to December 1, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is the Defendant's second request for an extension, which is requested from Plaintiff in order to allow Defendant time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to Defendant's request for an extension.

///
///
///
///

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 16th day of November, 2020.

| PRICE LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
|---|---|
| /s/ Steven Alpert<br>Steven Alpert, Esq.<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, NV 89118<br>Telephone: 702-794-2008<br>alpert@pricelawgroup.com<br>*Attorneys for Plaintiff* | /s/ Gina M. Mushmeche<br>Gina M. Mushmeche, Esq.<br>Nevada Bar No. 10411<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tel: 702-362-6666<br>gmushmeche@ksjattorneys.com<br>*Attorneys for Defendant iEnergizer, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated this 17th day of November, 2020.