# EXHIBIT A

# Declaration of Eric Gates of GC Services Limited Partnership

LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
FAX: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*GC Services Limited Partnership*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Diane St. Clair, | Case No. 2:20-cv-1880 |
| Plaintiff, | **DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S DECLARATION** |
| v. | |
| iEnergizer, Inc., GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc; and DOES 1 – 5, | |
| Defendants. | |

## **DECLARATION**

I, Eric Gates, declare as follows:

1. I am over the age of twenty-one and competent to make and execute this Declaration, which is based on my personal knowledge and information, and submitted in support of GC Services Limited Partnership's ("GC Services") motion to dismiss for lack of personal jurisdiction. I am the Director of Contact Management for GC Services, and have served in that position since 2011. I am also the Corporate Representative for GC Services.

1

2. GC Services is a limited partnership formed under the laws of the State of Delaware, with its principal place of business in Houston, Texas.

3. GC Services maintains 24 different facilities in 11 states across the nation. None of those facilities are located in Nevada.

4. GC Services is registered and licensed, where appropriate, in each of the fifty states of the nation. GC Services has no exclusivity agreements with Credit One, and has contracts with other companies throughout the United States to place calls in various contexts to those companies' consumers.

5. No GC Services executives, officers, or managing members maintain offices in the State of Nevada. The offices of all executives are maintained in Houston, Texas at GC Services' headquarters.

6. No calls were made by any GC Services' representative to Plaintiff from Nevada.

I hereby declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 3rd day of November, 2020, at Houston, Texas.

RESPECTFULLY SUBMITTED,

DATE: November 3, 2020.

By: /s/ *[signature]*
Eric Gates