GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, &
JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
***Attorneys for Defendant iEnergizer, Inc.***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Diane St. Clair, | Case No. 2:20-cv-1880 -GMN-VCF |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| iEnergizer, Inc.; GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc.; and DOES 1-5 | |
| | **[THIRD REQUEST FOR EXTENSION]** |
| Defendants. | |

COMES NOW, Defendant iEnergizer, Inc., ("Defendant"), and Plaintiff, Diane St. Clair ("Plaintiff"), by and through their respective counsel of record, and pursuant to USDC LR 7-1(c), hereby file this Joint Motion to Extend the Deadline for iEnergizer, Inc. to answer or otherwise plead in response to Plaintiff's Complaint. The Parties hereby consent and agree as follows:

1. Plaintiff commenced this action on October 8, 2020. (Doc. 3).
2. On November 2, 2020, iEnergizer, Inc. filed its first Stipulation and Order requesting additional time to file responsive pleadings, which was granted on November 3, 2020.  (Doc. 14 and Doc. 15).
3. On November 16, 2020,  iEnergizer, Inc. filed its second Stipulation and Order requesting additional time to file responsive pleadings, which was granted on

November 17, 2020.  (Doc. 16 and Doc. 17).  The current deadline for iEnergizer, Inc. to answer or otherwise plead in response to Plaintiff's Complaint is December 1, 2020.

4. iEngergizer, Inc. and Plaintiff are discussing the possibility of resolving Plaintiff's claims against iEngergizer, Inc. To accommodate these negotiations, iEngergizer, Inc. and Plaintiff move for an additional thirty days, until December 31, 2020 for iEngergizer, Inc to answer or otherwise plead in response to Plaintiff's Complaint

5. This is iEnergizer, Inc.'s third request for extension; however, as outlined above, by granting the same, it would allow for the parties to continue settlement negotiations.

6. This Joint Motion is not being submitted for purpose of delay.

///

///

///

///

///

///

///

///

///

///

///

7. Accordingly, iEngergizer, Inc. and Plaintiff respectfully request that this Court grant the Joint Motion to Extend Deadline for iEnergizer, Inc. to Respond to Plaintiff's Complaint and that iEngerizer, Inc has until December 31, 2020 to answer or otherwise plead in response to Plaintiff's Complaint .

Respectfully submitted.

DATED this 1st day of December, 2020.

| PRICE LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
|---|---|
| /s/ Steven Alpert | /s/ Gina M. Mushmeche |
| Steven Alpert, Esq. | Gina M. Mushmeche, Esq. |
| Nevada Bar No. 8353 | Nevada Bar No. 10411 |
| 5940 S. Rainbow Blvd., Suite 3014 | 8985 S. Eastern Avenue, Suite 200 |
| Las Vegas, NV 89118 | Las Vegas, Nevada 89123 |
| Telephone: 702-794-2008 | Tel: 702-362-6666 |
| alpert@pricelawgroup.com | gmushmeche@ksjattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant iEnergizer, Inc.* |

**ORDER**

IT IS SO ORDERED: 12-2-2020

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December, 2020, service of the foregoing **JOINT MOTION TO EXTEND DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT [THIRD REQUEST FOR EXTENSION]** was made upon each party in the case who is registered as an electronic case filing user with the Clerk as follows:

Steven Alpert, Esq.
PRICE LAW GROUP, APC
5940 S. Rainbow, Blvd., Suite 3014
Las Vegas, NV 89118
alpert@pricelawgroup.com
Attorneys for Plaintiff

Jennifer Berch, Esq.
QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.
2001 BRYAN St., Suite 1800
Dallas, TX 75201
jberg@gslwm.com
Attorneys for EGS Financial Care, Inc./Alorica, Inc.

Natalie L. Winslow, Esq.
Jamie K. Combs, Esq.
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Natalie.winslow@akeman.com
Jamie.combs@akerman.com
Attorneys for Teleperformance Business Services, US., LLC

/s/ Faye Evangelista
An employee of Kravitz, Schnitzer & Johnson, Chtd.