GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, &
JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
gschnitzer@ksjattorneys.com
Attorneys for Defendant iEnergizer, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Diane St. Clair,<br><br>                    Plaintiff,<br><br>v.<br><br>iEnergizer, Inc.; GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc.; and DOES 1-5<br><br>                    Defendants. | Case No. 2:20-cv-1880<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>[**FIRST REQUEST FOR EXTENSION**] |

COMES NOW, Defendants iEnergizer, Inc., GC Services Limited Partnership and Alorica, Inc. ("Defendants") and Plaintiff, Diane St. Clair ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline from January13, 2021 to January 20, 2021, for Defendant to file their reply brief in support of their motion to dismiss.

Plaintiff has no opposition to Defendants' request for an extension.

///

///

///

///

1       No additional requests for extensions are contemplated.

2       **IT IS SO STIPULATED.**

3       DATED this 12th day of January, 2021.

4

5   PRICE LAW GROUP, APC

    KRAVITZ, SCHNITZER & JOHNSON, CHTD

6

7   _/s/ Steven Alpert_

    _/s/ Gina M. Mushmeche_

Steven Alpert, Esq.
Nevada Bar No. 8353

8   5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118

Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
8985 S. Eastern Avenue, Suite 200

9   Telephone: 702-794-2008

Las Vegas, Nevada 89123

10  alpert@pricelawgroup.com
_Attorneys for Plaintiff_

Tel: 702-362-6666
gmushmeche@ksjattorneys.com
_Attorneys for Defendant iEnergizer, Inc._

11

12  _/s/ David A. Chami_
_Admitted Pro HacVice_
AZ Bar No. 027585

THE RUDNICKI FIRM

13  8245 N. 85th Way
Scottsdale, AZ 85258

14  Tel: 818-600-5515

15  david@pricelawgroup.com
_Attorneys for Plaintiff_

    _/s/ Margaret J. Meier_
Margaret J. Meier
7201 N. Classen Blvd., Suite 204

16   QUILLING, SELANDER, LOWNDS,

Oklahoma City, Oklahoma 73116
Tel: 405-445-7422

17  WINSLETT & MOSER, P.C.

Margie@rudnickifirm.com
_Attorneys for GC Services Limited Partnership_

18

19  _/s/ Jennifer Bergh_

_/s/Jessica A. Green_

Jennifer R. Bergh

20  LynAliseTannery

Jessica A. Green
9900 Covington Cross Drive, Suite 120

21  6900 N. Dallas Parkway, Suite 800
Plano, TX 75024

Las Vegas, NV 89144-7052
Tel: 702-382-1500

22  jbergh@qslwm.com,

jgreen@lipsonneilson.com

23  ltannery@qslwm.com

24  _Attorneys for Defendant EGS Financial Care_

**IT IS SO ORDERED.**

25

26  Dated this __13__ day of January, 2021

27

28  Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## Gina Mushmeche

**From:** LynAlise Tannery <ltannery@qslwm.com>
**Sent:** Tuesday, January 12, 2021 10:01 AM
**To:** David Chami; Gina Mushmeche; Florence Lirato; Jennifer Bergh; awilliams@alversontaylor.com; jgreen@lipsonneilson.com; jgarin@lipsonneilson.com
**Subject:** RE: [EXTERNAL] - Diane St. Clair v iEnergizer, et al - discovery plan and scheduling order

Gina,

This is a good with EGS. Please updated the signature block to read "EGS Financial Care, Inc. incorrectly named as Alorica, Inc."

Thank you!

LynAlise


LynAlise Tannery
Attorney at Law
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
214-871-2100 (Main)
214-560-5457 (Direct)
214-871-2111 (Fax)

**From:** David Chami <david@pricelawgroup.com>
**Sent:** Tuesday, January 12, 2021 11:56 AM
**To:** Gina Mushmeche <gmushmeche@ksjattorneys.com>; Florence Lirato <florence@pricelawgroup.com>; LynAlise Tannery <ltannery@qslwm.com>; Jennifer Bergh <jbergh@qslwm.com>; awilliams@alversontaylor.com; jgreen@lipsonneilson.com; jgarin@lipsonneilson.com
**Subject:** Re: [EXTERNAL] - Diane St. Clair v iEnergizer, et al - discovery plan and scheduling order

this is fine



David Chami, Esq.
Managing Partner, Litigation
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: 818-600-5515
Fax: 818-600-5415
david@pricelawgroup.com



**IRS Circular 230 Disclosure**: To ensure compliance with the requirements imposed by the IRS, we inform you that, to the extent that this communication or any attachment addresses a tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under

the Internal Revenue Code; or (ii) promote, market or recommend to another party any transaction or matter addressed herein or in any such attachment.

**Confidentiality Notice**: This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information.  if you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Gina Mushmeche <gmushmeche@ksjattorneys.com>
**Sent:** Tuesday, January 12, 2021 10:48 AM
**To:** Florence Lirato <florence@pricelawgroup.com>; LynAlise Tannery <ltannery@qslwm.com>; Jennifer Bergh <jbergh@qslwm.com>; awilliams@alversontaylor.com <awilliams@alversontaylor.com>; jgreen@lipsonneilson.com <jgreen@lipsonneilson.com>; jgarin@lipsonneilson.com <jgarin@lipsonneilson.com>
**Cc:** David Chami <david@pricelawgroup.com>
**Subject:** RE: [EXTERNAL] - Diane St. Clair v iEnergizer, et al - discovery plan and scheduling order

Thank you.  Also, it is my understanding that my national counsel requested an extension of time to file a Reply in Support of our MTD and that Mr. Chami agreed to the same.   If this is acceptable to everyone, please let me know if we have permission to s/sign.

Gina

*Gina M. Mushmeche, Esq.*

*Partner*

**K S J**

Kravitz, Schnitzer & Johnson, CHTD

LAS VEGAS

www.ksjattorneys.com

**C K D J S**

Christian, Kravitz, Dichter, Johnson & Sluga

LAS VEGAS   PHOENIX

www.ckllclaw.com

2

**Gina Mushmeche**

| | |
|---|---|
| **From:** | Jessica Green <JGreen@lipsonneilson.com> |
| **Sent:** | Tuesday, January 12, 2021 4:33 PM |
| **To:** | Gina Mushmeche |
| **Subject:** | Re: [EXTERNAL] - Diane St. Clair v iEnergizer, et al - discovery plan and scheduling order |

No objections. Sorry for the delay.

Get Outlook for iOS

---

**From:** Gina Mushmeche <gmushmeche@ksjattorneys.com>
**Sent:** Tuesday, January 12, 2021 3:21:38 PM
**To:** Jessica Green <JGreen@lipsonneilson.com>
**Subject:** FW: [EXTERNAL] - Diane St. Clair v iEnergizer, et al - discovery plan and scheduling order

Jessica:

We would like to get this on file today if possible.   Any objections.   This is just for our Reply in Support of our MTD.

Thanks

Gina

*Gina M. Mushmeche, Esq.*
*Partner*
**K S J**
Kravitz, Schnitzer & Johnson, CHTD
LAS VEGAS
www.ksjattorneys.com

**C K D J S**
Christian, Kravitz, Dichter, Johnson & Sluga
LAS VEGAS   PHOENIX
www.ckllclaw.com


8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Direct:        702 222-4155
Office:        702 362-6666
KSJ Fax:      702 362-2203
CKDJ Fax:    702 992-1000
Email:         gmushmeche@ksjattorneys.com

NOTE: The information in this communication and any attached documents containing information from the above law firm may be confidential and/ or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then