GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, &
JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
gschnitzer@ksjattorneys.com
Attorneys for Defendant iEnergizer, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Diane St. Clair, | Case No. 2:20-cv-1880 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| iEnergizer, Inc.; GC Services Limited Partnership; Teleperformance Business Services US, LLC; Alorica, Inc.; and DOES 1-5 | **[SECOND REQUEST FOR EXTENSION]** |
| Defendants. | |

COMES NOW, Defendants iEnergizer, Inc., GC Services Limited Partnership and Alorica, Inc. ("Defendants") and Plaintiff, Diane St. Clair ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline from January 20, 2021 to January 22, 2021, for Defendant to file their reply brief in support of their motion to dismiss.

Plaintiff has no opposition to Defendants' request for an extension.

///

///

///

///

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 20th day of January, 2021.

PRICE LAW GROUP, APC

KRAVITZ, SCHNITZER & JOHNSON, CHTD

_/s/ Steven Alpert_
Steven Alpert, Esq.
Nevada Bar No. 8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
Telephone: 702-794-2008
alpert@pricelawgroup.com
_Attorneys for Plaintiff_

_/s/ Gina M. Mushmeche_
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: 702-362-6666
gmushmeche@ksjattorneys.com
_Attorneys for Defendant iEnergizer, Inc._

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

_/s/ Jennifer Bergh_
Jennifer R. Bergh
LynAliseTannery
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
jbergh@qslwm.com,
ltannery@qslwm.com
_Attorneys for Defendant EGS Financial Care_

_/s/Jessica A. Green_
Jessica A. Green
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144-7052
Tel: 702-382-1500
jgreen@lipsonneilson.com
_Attorneys for GC Services, Limited Partnership_

**IT IS SO ORDERED.**

Dated this 20 day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT